CLOSED, JURY

# U.S. District Court [LIVE]
## Eastern District of TEXAS LIVE (Lufkin)
### CIVIL DOCKET FOR CASE #: 9:07-cv-00071-TH

| | |
|---|---|
| Thomas et al<br>Assigned to: Judge Thad Heartfield<br>Case in other court:  MDL, 1699<br>Cause: 28:1391 Personal Injury | Date Filed: 03/29/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 365 Personal Inj. Prod. Liability<br>Jurisdiction: Federal Question |

**Plaintiff**

**Annie Lee Thomas**　　　　　　　　　　　represented by **Matthew Edward Lundy**
*Heir of T. W. Thomas, Deceased*　　　　　　　　　　　　　　　　Lundy & Davis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　333 N Sam Houston Pkwy E
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 375
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77060
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　281/272-0797
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 12812720781
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: mlundy@lundydavis.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Richard Joseph Arsenault**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Neblett Beard & Arsenault
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 1190
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Alexandria, LA 71309-1190
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(318) 487-9874
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rarsenault@nbalawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W. T. Thomas**　　　　　　　　　　　　represented by **Matthew Edward Lundy**
*Heir of T. W. Thomas, Deceased*　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Richard Joseph Arsenault**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vernell Hicks**　　　　　　　　　　　represented by **Matthew Edward Lundy**
*heir of T. W. Thomas, Deceased*　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Richard Joseph Arsenault**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2007 | 1 | COMPLAINT (28:1981 Defective Product) against Pfizer, Inc. (Filing fee $ 350 Rcpt 9-1-596) , filed by Annie Lee Thomas, W. T. Thomas, Vernell Hicks, Heirs of the Estate of the Estate of T. W. Thomas.(djh, ) (Entered: 03/29/2007) |
| 03/29/2007 |  | DEMAND for Trial by Jury by Annie Lee Thomas, W. T. Thomas, Vernell Hicks, Heirs of the Estate of the Estate of T. W. Thomas. (djh, ) (Entered: 03/29/2007) |
| 03/29/2007 | 2 | E-GOV SEALED SUMMONS Issued as to Pfizer, Inc.. (djh, ) (Entered: 03/29/2007) |
| 03/29/2007 | 3 | Magistrate Consent Form E-mailed to Annie Lee Thomas, W. T. Thomas, Vernell Hicks, Heirs of the Estate of the Estate of T. W. Thomas attorney of record (djh, ) (Entered: 03/29/2007) |
| 05/04/2007 | 4 | NOTICE from MDL Panel of conditional transfer of case to ND/CA (MDL 1699) (kjr, ) (Entered: 05/04/2007) |
| 05/10/2007 | 5 | Return of Service Executed as toPfizer, Inc. on 4/23/2007, answer due: 5/14/2007. (djh, ) (Entered: 05/10/2007) |
| 05/14/2007 | 6 | MDL Certified Conditional Transfer Order transferring case to U S District Courts, Northern District of California, 450 Gate Avenue, San Francisco, CA 94102; 415-522-2000. MDL 05-1699; M-05-cv-1699 (djh, ) (Entered: 05/14/2007) |
| 05/14/2007 |  | Interdistrict transfer (MDL litigation) to the Northern District of California San Francisco Division. (kjr, ) (Entered: 05/15/2007) |